IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARLOS ERNEST COWARD                                             PETITIONER
Reg #13115-084

v.                      Case No. 2:15-cv-00091-JTK

C.V. RIVERA, *Warden*,                                           RESPONDENT
FCI-Forrest City Medium

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that the petition for a writ of habeas corpus is dismissed.

SO ADJUDGED this 27th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE